THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR EPSTEIN, WILLIAM CHERESNEK and BERNARD GURAU, Appellants.— Judgment reversed and the information dismissed upon the ground that the guilt of the defendants was not established beyond a reasonable doubt. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. Breitel and Bastow, JJ., dissent and vote to affirm.

■

In the Matter of MANUEL A. YTUARTE, an Attorney.— Respondent disbarred. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

## (April 21, 1955.)

■

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS FRANZO.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. BRUNO GESCHKE.— Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.